IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA YNIGUEZ, ) | 1:11-CV-423  AWI JLT |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER CLOSING CASE |
| ) | |
| W. HARRIS G.S.C., INC., and NEOMA ) | |
| BOWEN, and DOES 1-50, inclusive, ) | (Doc. Nos. 14, 16) |
| ) | |
| Defendants. ) | |
| _____ ) | |

    On April 10, 2012, the Court vacated Defendants' motion for summary judgment in light of Plaintiff's request for additional time. See Doc. No. 16. Plaintiff indicated that she had filed for bankruptcy. As part of the order vacating the hearing date, the Court explained that the bankruptcy trustee became the real party in interest. See id. The Court ordered Plaintiff to file either a notice of the bankruptcy trustee's ratification, joinder, or substitution pursuant to Rule 17(a), or a memorandum that demonstrated that this lawsuit is either exempt or abandoned. See id. These filings were to be made by May 2, 2012. See id. The Court warned Plaintiff: "The failure to abide by the deadline in this order will result in the dismissal of the entire action without further notice." Id.

    May 2, 2012, has now passed, and Plaintiff has not responded to the April 10 order in any fashion. Because Plaintiff has not responded to the April 10 order, and for the reasons stated in that order, the Court will dismiss this entire case. See id.; see also De Pomar v. Equifirst Corp.,

2010 U.S. Dist. LEXIS 143216 (C.D. Cal. Feb. 2, 2010); <u>Runaj v. Wells Fargo Bank</u>, 667 F.Supp.2d 1199 (S.D. Cal. 2009); <u>Rowland v. Novus Fin. Corp.</u>, 949 F.Supp. 1447 (D. Haw. 1996).

Accordingly, IT IS HEREBY ORDERED that:

1. Due to Plaintiff's failure to follow the options set forth in the April 10, 2012 order, the Complaint is hereby DISMISSED due to Plaintiff's lack of standing;
2. Defendants' motion for summary judgment is DENIED as moot; and
3. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   May 8, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE