1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9

10   CLAUDIA YNIGUEZ,                  )      1:11-CV-423  AWI JLT
                                       )
11               Plaintiff,            )
          v.                           )      ORDER CLOSING CASE
12                                     )
     W. HARRIS G.S.C., INC., and NEOMA )
13   BOWEN, and DOES 1-50, inclusive,  )      (Doc. Nos. 14, 16)
                                       )
14               Defendants.           )
     _____ )
15
16
17          On April 10, 2012, the Court vacated Defendants' motion for summary judgment in light

18   of Plaintiff's request for additional time.  See Doc. No. 16.  Plaintiff indicated that she had filed

19   for bankruptcy.  As part of the order vacating the hearing date, the Court explained that the

20   bankruptcy trustee became the real party in interest.  See id.  The Court ordered Plaintiff to file

21   either a notice of the bankruptcy trustee's ratification, joinder, or substitution pursuant to Rule

22   17(a), or a memorandum that demonstrated that this lawsuit is either exempt or abandoned.  See

23   id.  These filings were to be made by May 2, 2012.  See id.  The Court warned Plaintiff:  "The

24   failure to abide by the deadline in this order will result in the dismissal of the entire action

25   without further notice."  Id.

26          May 2, 2012, has now passed, and Plaintiff has not responded to the April 10 order in any

27   fashion.  Because Plaintiff has not responded to the April 10 order, and for the reasons stated in

28   that order, the Court will dismiss this entire case.  See id.; see also  De Pomar v. Equifirst Corp.,

2010 U.S. Dist. LEXIS 143216 (C.D. Cal. Feb. 2, 2010); Runaj v. Wells Fargo Bank, 667

F.Supp.2d 1199 (S.D. Cal. 2009); Rowland v. Novus Fin. Corp., 949 F.Supp. 1447 (D. Haw.

1996).


        Accordingly, IT IS HEREBY ORDERED that:

1.      Due to Plaintiff's failure to follow the options set forth in the April 10, 2012 order, the

        Complaint is hereby DISMISSED due to Plaintiff's lack of standing;

2.      Defendants' motion for summary judgment is DENIED as moot; and

3.      The Clerk shall CLOSE this case.

IT IS SO ORDERED.


Dated:   May 8, 2012                    _____

                                        CHIEF UNITED STATES DISTRICT JUDGE